Opinion issued February 7, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00288-CV

____________


RHONDA VANDER WIELE, INDIVIDUALLY AND AS EXECUTRIX OF
THE ESTATE OF GEORGE VANDER WIELE, JR., Appellant


V.


STEAMATIC OF GALVESTON COUNTY, INC., Appellee






On Appeal from the 122nd District Court

Galveston County, Texas

Trial Court Cause No. 2002CV1102






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss her appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed, without
regard to the merits. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.